## TAYLOR v. TAYLOR.

No. 4551. Opinion Filed June 22, 1915.

(149 Pac. 1193.)

*Error from District Court, Nowata County; T. L. Brown, Judge.*

Action by Campbell H. Taylor, Sr., against Campbell H. Taylor, Jr. Judgment for plaintiff, and defendant brings error. Dismissed.

*W. A. Chase,* for plaintiff in error.

Opinion by THACKER, C. On June 3, 1915, the plaintiff in error, by his guardian *ad litem,* Minnie R. Taylor, filed in this court what purports to be a stipulation to dismiss; but the same is not signed by, nor on behalf of, the plaintiff in error, and we will treat this purported stipulation as a motion to dismiss. For the reasons stated, the appeal in this case should be dismissed.

By the Court: It is so ordered.